AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
OCT 2 6 2016
PER _____ IQ
HARRISBURG, PA  DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:16mj104 |
| SEAN D. CORNICK | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 23, 2016,__ in the county of __Dauphin__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code § 641 | Theft of property belonging to a federal agency. |
| Title 18, United States Code, § 2232 | Destruction or removal of property to prevent seizure. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher M. Bean, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/26/16

_____
*Judge's signature*

City and state:  Harrisburg, Pennsylvania       ~~Susan E. Schwab,~~ Martin C. Carlson, Magistrate Judge
*Printed name and title*