IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. )     Criminal No. 1:17-CR-273
)
SEAN D. CORNICK )

## ARRAIGNMENT PLEA

Defendant, <u>SEAN D. CORNICK,</u>

being arraigned, pleads _____

in open Court this _____ day of

_____, 2017.


_____
(Defendant's Signature)


_____
(Attorney for Defendant)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:17-CR-273 |
| SEAN D. CORNICK | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

John A. Abom
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

Memorandum



| Subject | Date |
|---|---|
| Information, Waiver and Plea –Sean D. Cornick<br>CRIMINAL NO. | , 2017 |

To
Clerk of Court

From
JOHN J. VALKOVCI, JR.
Assistant U.S. Attorney
319 Washington Street, Room 200
Johnstown, PA  15901

Defense counsel:

John A. Abom, Esquire
106 Walnut Street
Harrisburg, PA  17101
(717) 232-9511


Recommended bond:  $10,000 unsecured

## DEFENDANT INFORMATION FOR PRETRIAL SERVICES AND USMS

NAME OF DEFENDANT:   SEAN D. CORNICK

ADDRESS:   2311 Briar Cliff Road, Harrisburg, PA

SEX:  Male

RACE:  Black

DATE OF BIRTH:  June 19, 1972

SOCIAL SECURITY NUMBER:  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

AGENT'S NAME:  Christopher Bean, S.A.

AGENCY AND TELEPHONE NUMBER WHERE AGENT CAN BE REACHED:
Federal Bureau of Investigation.  (717) 228-8853

OFFENSE(S):  Count 1:  Conversion of government funds
                      (18 U.S.C. § 641)

                  Count 2:  Theft from programs receiving  government funds
                      (18 U.S.C. § 666(a)(1)(A))

FBI NO.:  Unknown

AUSA:  John J. Valkovci, Jr.

AUSA TELEPHONE NUMBER:  (814) 533-4547