# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 17cr273** |
| | : | |
| **vs.** | : | **Judge Jones** |
| | : | |
| **SEAN D. CORNICK** | : | |
| **Defendant** | : | |

## PLEA

NOW, this 28th day of September 2017, the defendant in open court enters a plea of guilty to counts 1 + 2 of the Information.

Sean D. Cornick